IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOEY DAWSON,**

    **Petitioner,**

v.                                  Case No. 4:14cv396-MW/GRJ

**STATE OF FLORIDA,**

    **Respondent.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION**

This Court has considered the Magistrate's Report and Recommendation, ECF No. 5. Upon consideration, no objection having been filed by Petitioner,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "This cause is **DISMISSED without prejudice** for Petitioner's lack of prosecution. N.D. Fla. Loc. R. 41.1(A)." The Clerk shall close the file.

**SO ORDERED on November 4, 2014.**

                                                    **s/Mark E. Walker                        
United States District Judge**